UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

| | |
|---|---|
| Trustees of the Painters Pension Fund, et al.<br>Plaintiff,<br>v.<br>LaSalle National Bank, et al.<br>Defendant. | Case No.: 1:07–cv–03918<br>Honorable Elaine E. Bucklo |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 21, 2008:

    MINUTE entry before the Honorable Elaine E. Bucklo:Plaintiffs' motion to consolidate this case with case 07 C 3979 pending before Judge Dow for discovery depositions purposes only [102] heard on 10/21/08 and the motion is granted.Plaintiffs'; motion for leave to take in excess of 10 depositions [103] is also granted. Set deadlines/hearing as to plaintiffs' motion to quash[104] : Responses due by 10/30/2008. Replies due by 11/6/2008. Ruling set for 11/13/2008 at 09:30 AM. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.